IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF TEXAS – HOUSTON DIVISION

| | | |
|---|---|---|
| GOOD SPORTSMAN MARKETING, LLC<br>　　*Plaintiff*,<br>vs.<br><br>SHENG CHEN, HAIYING CHENG, and CHEN ZUBANG<br><br>　　*Defendants*. | §§§§§§§§§§§§ | CASE NO. 4:23-cv-2371<br><br><br><br><br><br><br><br>JURY DEMANDED |

## DEFENDANTS' MOTION FOR INJUNCTIVE RELIEF

Defendants Sheng Chen, Haiying Cheng, and Chen Zubang, by and through the undersigned counsel, do hereby submit this motion seeking injunctive relief of this Court. Defendants request an order from the Court requiring Amazon to reinstate the products complained of by Plaintiff and prohibiting Plaintiff from submitting any complaints of copyright infringement against Defendants' listings during the pendency of this proceeding. A Memorandum of Law is filed concurrently with this Motion.

Dated this <u>August 24, 2023</u>　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　　　　/s/   Kevin Keener　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin J. Keener
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney-in-charge
　　　　　　　　　　　　　　　　　　　　　　　　　　　Illinois Bar # 6296898
　　　　　　　　　　　　　　　　　　　　　　　　　　　Keener & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　161 N. Clark Street, Suite #1600
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 523-2164
　　　　　　　　　　　　　　　　　　　　　　　　kevin.keener@keenerlegal.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred by telephone and email with David Cabello, counsel for Plaintiff Good Sportsman Marketing, LLC on August 21, 2023 regarding the relief requested in this motion. Mr. Cabello stated that Plaintiff opposed the relief being requested in this motion.

By: /s/ Kevin Keener
Kevin J. Keener

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system on August 24, 2023.

By: /s/ Kevin Keener
Kevin J. Keener