IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GOOD SPORTSMAN MARKETING, LLC | § § | |
| *Plaintiff*, | § § | CASE NO. 4:23-cv-2371 |
| vs. | § § § | |
| SHENG CHEN, HAIYING CHENG, AND CHEN ZUBANG | § § § § | |
| | § | JURY DEMANDED |
| *Defendants*. | § § | |

## PLAINTIFF GSM'S REQUEST FOR ENTRY OF DEFAULT BY CLERK

TO THE CLERK OF COURT:

Plaintiff Good Sportsman Marketing, LLC ("GSM") respectfully requests the Clerk to enter default against Defendants Sheng Chen, Haiying Cheng, and Chen Zubang, as authorized by Federal Rule of Civil Procedure 55(a).

## BACKGROUND

### A. Factual Background

This is an action for copyright infringement of GSM's federally registered copyrights, trade dress infringement, and related state law causes of action. GSM is a leading provider of sporting goods to hunters in North America. Since 2016, GSM has been selling protective ear muffs for hunters and shooters. GSM owns two federal copyright registrations protecting the design of the Walker® Razor® brand of electronic ear muffs, and also owns the trade dress in the ear muffs. Defendants Chen, Cheng, and Zubang have been infringing GSM's intellectual property rights in the ear muffs by selling electronic copycat versions of GSM's electronic ear muffs on Amazon. These ear muffs, whose sales have been temporarily halted by Amazon.com, are being sold under the brands ACT FIRE, HITAIM, FIREGEAR, and GLORYFIRE. Dkt. 6, pp. 21-22.

On August 4, 2023, this Court granted GSM's motion for substituted service of process, permitting GSM to serve Defendants, who are residents of China, by emailing their counsel of record who have appeared in this case, and by emailing Defendants' various known email addresses. Dkt. 16. GSM effected service of the First Amended Complaint that same day. *See* Dkt. 20, ¶¶ 2-4; Exhibit A. That same day, Defendants' counsel Kevin Keener confirmed receipt of the email serving Defendants with the First Amended Complaint. *See* Dkt. 20, ¶ 5; Exhibit B. Thus, Defendants' deadline to answer or otherwise respond to the First Amended Complaint was August 25, 2023. Fed. R. Civ. P. 12(a)(1)(C). No answer or other response has been received as of the date of this filing. Defendants undoubtedly have notice of this suit, as their counsel has appeared in this case and confirmed receipt of service.

## LEGAL STANDARD

Applying Fed. R. Civ. P. 55, the Fifth Circuit has defined a three-step process for securing a default judgment. *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996). First, there must a default, which is when the defendant has failed to timely plead or otherwise respond to the complaint. Next, there must be entry of default by the clerk, which occurs when default is established by affidavit or otherwise. And, finally, a plaintiff may apply for judgment based on the default after the clerk's entry of default. *Id.*

## ARGUMENT

The Clerk should enter default against all three Defendants, because they have not filed a responsive pleading within 21 days of their service dates and have not requested any extension of time to do so. Fed. R. Civ. P. 55(a). Following the Clerk's entry of default, GSM will move for entry of a default judgment, supported by affidavit.

For the foregoing reasons, Plaintiff GSM asks the Clerk to enter default against Defendants Sheng Chen, Haiying Cheng, and Chen Zubang, pursuant to Fed. R. Civ. P. 55(a).

Dated: September 6, 2023

Respectfully submitted,

/s/ *J. David Cabello*
**J. David Cabello**
Attorney-in-charge
Texas Bar No. 03574500
S.D. Texas I.D. No. 3514
Email: david@chzfirm.com
**Munira Jesani**
Texas Bar No. 24101967
S.D. Texas I.D. No. 3019538
Email: mjesani@chzfirm.com
**CABELLO HALL ZINDA, PLLC**
801 Travis Street, Suite 1610
Houston, TX 77002
Tel.: 832.631.9990
Fax: 832.631.9991

***ATTORNEYS FOR PLAINTIFF GSM***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served on September 6, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per the Local Rules.

/s/ *John Watkins*
John Watkins
Paralegal