# EXHIBIT A

# John Watkins

| | |
|---|---|
| **From:** | John Watkins |
| **Sent:** | Friday, August 4, 2023 12:01 PM |
| **To:** | 158027678@qq.com; 449355941@qq.com; ip@afnlegal.com; jamesliu@jameslawofficeflorida.com; jiatiaosales@163.com; kevin.keener@keenerlegal.com; leoxu@fanglegal.com; omar@darwichlegal.com ; surprisedeals02@hotmail.com; usipleoxu@gmail.com |
| **Cc:** | David Cabello; Munira Jesani |
| **Subject:** | Good Sportsman Marketing, LLC v. Chen, et al.; C.A. No. 4:23-cv-2371 |
| **Attachments:** | 006-1_2023.07.10 Exhibit 1.pdf; 006-2_2023.07.10 Exhibit 2.pdf; 006-3_2023.07.10 Exhibit 3.pdf; 006-4_2023.07.10 Exhibit 4.pdf; 011_2023.07.11 Amended Civil Cover Sheet.pdf; 006_2023.07.10 First Amended Complaint.pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | 158027678@qq.com | |
| | 449355941@qq.com | |
| | ip@afnlegal.com | |
| | jamesliu@jameslawofficeflorida.com | |
| | jiatiaosales@163.com | |
| | kevin.keener@keenerlegal.com | |
| | leoxu@fanglegal.com | |
| | omar@darwichlegal.com | |
| | surprisedeals02@hotmail.com | |
| | usipleoxu@gmail.com | |
| | David Cabello | Read: 8/4/2023 12:21 PM |
| | Munira Jesani | Read: 8/4/2023 12:14 PM |

Dear All,

Attached for service, please find Plaintiff's First Amended Complaint in the above-referenced matter.

John Watkins
Paralegal
Cabello Hall Zinda, PLLC
801 Travis St. | Suite 1610
Houston | Texas | 77002
jwatkins@chzfirm.com
Main: (832) 631-9990
Direct: (832) 553-4397
Cellular: (713) 410-8322



1

**CONFIDENTIALITY NOTICE**: This transmission may contain information that is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.