# EXHIBIT B

## John Watkins

| | |
|---|---|
| **From:** | Kevin Keener <kevin.keener@keenerlegal.com> |
| **Sent:** | Friday, August 4, 2023 12:11 PM |
| **To:** | John Watkins |
| **Cc:** | 158027678@qq.com; 449355941@qq.com; ip@afnlegal.com; jamesliu@jameslawofficeflorida.com; jiatiaosales@163.com; leoxu@fanglegal.com; omar@darwichlegal.com; surprisedeals02@hotmail.com; usipleoxu@gmail.com; David Cabello; Munira Jesani |
| **Subject:** | Re: Good Sportsman Marketing, LLC v. Chen, et al.; C.A. No. 4:23-cv-2371 |

Thank you. I confirm receipt.

On Fri, Aug 4, 2023 at 12:57 PM John Watkins <jwatkins@chzfirm.com> wrote:

> Dear All,
>
> Attached for service, please find Plaintiff's First Amended Complaint in the above-referenced matter.
>
> John Watkins
>
> Paralegal
>
> Cabello Hall Zinda, PLLC
>
> 801 Travis St. | Suite 1610
>
> Houston | Texas | 77002
>
> jwatkins@chzfirm.com
>
> Main: (832) 631-9990
>
> Direct: (832) 553-4397
>
> Cellular: (713) 410-8322
>
> 

1

**CONFIDENTIALITY NOTICE**: This transmission may contain information that is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.

--
Kevin Keener
Keener and Associates, P.C.
(Chicago)
161 North Clark Street
Suite 1600
Chicago, IL 60601
Office: 312-945-8540
Direct: 312-945-8607
Cell or Text: 773-562-5902

(Cleveland)
815 Superior Avenue
Suite 1825
Cleveland, OH 44114

www.keenerlegal.com
kevin.keener@keenerlegal.com

This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 773-562-5902 and delete the message.