# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GOOD SPORTSMAN MARKETING, LLC § § *Plaintiff*, § § vs. § § SHENG CHEN, HAIYING CHENG, § AND CHEN ZUBANG § § § § *Defendants*. § | | CASE NO. 4:23-cv-2371<br><br><br><br><br><br>JURY DEMANDED |

## NOTICE OF WITHDRAWAL

Plaintiff Good Sportsman Marketing, LLC ("GSM") hereby withdraws its Motion for Entry of Default Judgment, Dkt. 21, which was filed on September 6, 2023.

Dated: September 7, 2023

Respectfully submitted,

/s/ J. David Cabello
**J. David Cabello**
Attorney-in-charge
Texas Bar No. 03574500
S.D. Texas I.D. No. 3514
Email: david@chzfirm.com
**Munira Jesani**
Texas Bar No. 24101967
S.D. Texas I.D. No. 3019538
Email: mjesani@chzfirm.com
**CABELLO HALL ZINDA, PLLC**
801 Travis Street, Suite 1610
Houston, TX 77002
Tel.: 832.631.9990
Fax: 832.631.9991

***ATTORNEYS FOR PLAINTIFF GSM***

## CERTIFICATE OF SERVICE

      The undersigned certifies that on September 7, 2023, counsel for GSM initiated service of the foregoing document via the Court's ECF system.

*/s/ Munira Jesani*
Munira Jesani