IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GOOD SPORTSMAN MARKETING, LLC | § § | |
| *Plaintiff*, | § § | CASE NO. 4:23-cv-2371 |
| vs. | § § § | |
| SHENG CHEN, HAIYING CHENG, AND CHEN ZUBANG | § § § § | |
| | § | **JURY DEMANDED** |
| *Defendants*. | § | |

**PLAINTIFF GOOD SPORTSMAN MARKETING, LLC'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 4), Plaintiff Good Sportsman Marketing, LLC ("GSM") identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities financially interested in the outcome of this litigation:

1. Good Sportsman Marketing, LLC
2. GSM Holdings, Inc.
3. Sheng Chen
4. Haiying Cheng,
5. Chen Zubang

Additionally, pursuant to Fed. R. Civ. P. 7.1, GSM states as follows:

1. GSM is a limited liability company organized and existing under the laws of the State of Delaware.
2. GSM does not have a parent corporation.

3. No publicly held corporation owns more than 10% of GSM.

Dated: September 19, 2023

Respectfully submitted,

/s/ J. David Cabello
**J. David Cabello**
Attorney-in-charge
Texas Bar No. 03574500
S.D. Texas I.D. No. 3514
Email: david@chzfirm.com
**CABELLO HALL ZINDA, PLLC**
801 Travis Street, Suite 1610
Houston, TX 77002
Tel.: 832.631.9990
Fax: 832.631.9991

***ATTORNEYS FOR PLAINTIFF GSM***

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 19, 2023, counsel for GSM initiated service of the foregoing document via the Court's ECF system.

*/s/ John Watkins*
John Watkins
Paralegal