# HEARING MINUTES

Cause No:      4:23-CV-2371
Style:         Good Sportsman Marketing, LLC v. Chen
Hearing Type:  Motion hearing and pre-motion conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Munira Jesani | Plaintiff |
| Jesus David Cabello | Plaintiff |
| Kevin Keener | Defendants |

Date:  October 26, 2023           Court reporter:  ERO
Time: 10:08 a.m.—10:20 a.m.       Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a motion hearing and a pre-motion conference.

Defendants' motion for a preliminary injunction [Dkt. 17] is **DENIED**.

Plaintiff's request for leave to amend its complaint [Dkt. 24] and Defendants' request for permission to file a motion to dismiss [Dkt. 19] are both **GRANTED**.

Plaintiff may file an amended complaint **on or before November 3, 2023**. Defendants may file a motion to dismiss **on or before November 27, 2023**. Plaintiff may file a response to Defendants' motion to dismiss **within 21 days** of the date on which

Defendants file their motion. Defendants may file a reply brief **within seven days** of the date on which Plaintiff files its response.

The Court will reschedule the initial conference.